**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | | |
|---|---|---|
| UNICHEM ENTERPRISES, INC. | x | Court No. 24-00033 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **COMPLAINT** |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| _____ | x | |

Plaintiff, UNICHEM, by its attorneys, Stein Shostak Shostak Pollack & O'Hara, LLP, complains of Defendant, the United States, and alleges as follows:

## <u>JURISDICTION</u>

1.　　This Court's jurisdiction arises under 28 U.S.C. §1581(a), and this action is filed within the time limits prescribed by 28 U.S.C. §2636(a)(1).

2.　　On December 12, 2023, through its attorneys, Plaintiff timely filed Protest No. 4601-23-136557 at the Port of Newark, New Jersey, contesting the decision by U.S. Customs and Border Protection (CBP) to exclude Entry No. BED-0054200-4 containing 7-Ketodehydroepiandrosterone.

3.　　On January 9, 2024, CBP denied the protest.

4.　　On February 6, 2024, 2024, Plaintiff filed the instant summons.

5.　　All duties and taxes are paid.

Court No. 24-00033

6.     The Court's jurisdiction over all or part of the subject matter of this action is based upon Plaintiff's challenge to CBP's exclusion decision and decision to deny the protest challenging the exclusion decision.

## PARTIES

7.     Plaintiff is a California corporation with its principal place of business located in Ontario, California, and is the consignee and importer of the subject merchandise.

8.     Defendant, United States, is the proper party for decisions taken by CBP, a constituent agency of the U.S. Department of Homeland Security.

## STANDING

9.     Plaintiff is the real party in interest and on this basis has standing to bring this action.

10.     Plaintiff's claims are within the "zone of interests" of the underlying statute, 19 U.S.C. §1514(a), which provides for judicial review of the exclusions of merchandise from entry by CBP.

## FACTUAL BACKGROUND

11.     On November 6, 2023, Plaintiff entered Entry No. BED-0054200-4 containing 7-Ketodehydroepiandrosterone for consumption.

2

Court No. 24-00033

12.     The entered 7-Ketodehydroepiandrosterone is not listed on the U.S. Controlled Substances List and is not structurally or chemically the same as merchandise listed on the U.S. Controlled Substances List.

13.     On November 8, 2023, CBP issued a notice detaining the 7-Ketodehydroepiandrosterone from entry.

14.     On December 8, 2023, Entry No. BED-0054200-4 was deemed by CBP excluded by operation of law.

15.     On December 11, 2023, Plaintiff timely filed Protest No. 4601-23-136557 contesting CBP's deemed exclusion of Entry No. BED-0054200-4.

16.     On January 9, 2024, CBP denied Protest No. 4601-23-136557 as "non-protestable."

17.     On February 6, 2024, Plaintiff filed the instant summons.

## COUNT I

Incorrect Exclusion Decision

Entry No. BED-0054200-4

7-Ketodehydroepiandrosterone

18.     Plaintiff repeats and incorporates paragraphs 1-17 by reference, as though fully stated herein.

19.     CBP incorrectly excluded the entered 7-Ketodehydroepiandrosterone.

3

Court No. 24-00033

20.     This Court should order CBP to admit and release Entry No. BED-0054200-4 containing 7-Ketodehydroepiandrosterone.

## RELIEF

21.     WHEREFORE, Plaintiff respectfully requests that this Court:

(a)     Enter judgment in its favor; and order the government to immediately admit and release Entry No. BED-0054200-4; and

(b)     Award costs, attorneys' fees and other such relief as the court deems equitable and just.

Dated: February 7, 2024          Respectfully submitted,

By:     _____/s/ Christopher J. Duncan_____
Christopher J. Duncan, Esq.
Stein Shostak Shostak Pollack & O'Hara
Attorneys for Plaintiff
865 South Figueroa Street, Suite 1388
Los Angeles, California 90017
Telephone: (213) 630-8888
Fax: (213) 630-8890
E-Mail: cduncan@steinshostak.com