UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| UNICHEM ENTERPRISES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Court No. 24-00033 |
| UNITED STATES, : | |
| : | |
| Defendant. : | |
| : | |

**DEFENDANT'S STATUS REPORT**

Defendant, United States (Government), respectfully submits this status report regarding the United States Drug Enforcement Administration's (DEA) investigation of the merchandise covered by the entry in this case (7-keto dehydroepiandrosterone). In our motion to dismiss, we explained that DEA requested that U.S. Customs Border Protection (CBP) continue to detain the merchandise at issue because DEA was investigating whether the merchandise violates the controlled substances laws and DEA's regulations, and therefore whether it is admissible. *See* ECF No. 11.

On June 18, 2024, DEA informed CBP that, "at this time," DEA "believes UniChem's shipment of 7-keto dehydroepiandrosterone is a Schedule III anabolic steroid and its importation violates DEA regulations." DEA further requested that CBP "seize entry BED 0054200-4 on DEA's behalf" – the entry at issue in this case. *See* Compl. ¶ 11. CBP intends to seize the entry on DEA's behalf no sooner than thirty (30) days from today.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | BRIAN M. BOYNTON<br>Principal Deputy<br>Assistant Attorney General |
|  |  | PATRICIA M. McCARTHY<br>Director |
|  | By: | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office |
| Of Counsel:<br>MICHAEL A. ANDERSON<br>Office of the Assistant<br>Chief Counsel<br>International Trade Litigation<br>U.S. Customs and Border<br>Protection |  | /s/ Hardeep K. Josan<br>HARDEEP K. JOSAN<br>Trial Attorney<br>International Trade Field Office<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br> New York, New York 10278<br>(212) 264-9245 |
| June 25, 2024 |  | Attorneys for Defendant |