UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| UNICHEM ENTERPRISES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Court No. 24-00033 |
| UNITED STATES, : | |
| : | |
| Defendant. : | |
| : | |

**DEFENDANT'S STATUS REPORT**

Defendant, United States (Government), respectfully submits this report regarding the status of the merchandise covered by the entry in this case (7-keto dehydroepiandrosterone). As previously explained, on June 18, 2024, the United States Drug Enforcement Administration (DEA) requested that U.S. Customs and Border Protection (CBP) "seize entry BED 0054200-4 on DEA's behalf" – the entry at issue in this case. *See* ECF No. 21. We provided notice to the Court and plaintiff that CBP intended to seize the entry on DEA's behalf no sooner than thirty (30) days following June 25, 2024, the date of defendant's status report. *Id.* The Government can report that Customs seized the merchandise in this entry on September 10, 2024, and issued the notice of seizure on September 17, 2024. *See* Ex. 1 (Notice of Seizure).

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy
    Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

2

By:    /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

Of Counsel:                          /s/ Hardeep K. Josan
MICHAEL A. ANDERSON                  HARDEEP K. JOSAN
Office of the Assistant              Trial Attorney
Chief Counsel                        International Trade Field Office
International Trade Litigation       Department of Justice, Civil Division
U.S. Customs and Border              Commercial Litigation Branch
Protection                           26 Federal Plaza, Room 346
                                     New York, New York 10278
                                     (212) 264-9245
September 18, 2024                   Attorneys for Defendant