**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| UNICHEM ENTERPRISES, INC. | x |
| Plaintiff, | : |
| v. | : Court No. 24-00033 |
| UNITED STATES, | : |
| Defendant. | : |
| | x |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Unichem Enterprises, Inc. ("Unichem") hereby provides the Court with notice of the following subsequent authority: <u>Inspired Ventures, LLC</u> ("Inspired"), Court No.24-00062, Slip Op. 24-121 (CIT October 30, 2024) (attached). Inspired is relevant to two questions before this Court:

(1) Whether a federal agency (in this case, the DEA) is vested with authority to determine the admissibility of imported merchandise; and

(2) Whether Customs usurps the Court's authority when it seizes merchandise for forfeiture that is within the Court's jurisdiction.

On both questions, the Court in <u>Inspired</u> ruled consistent with Plaintiff's position in this case. Plaintiff respectfully submits the attached decision for the Court's consideration.

1

Dated: November 1, 2024, Los Angeles, California.

        Respectfully submitted,

        STEIN SHOSTAK SHOSTAK POLLACK & O'HARA
        Elon A. Pollack
        Christopher J. Duncan
        Attorneys for Plaintiff
        865 S. Figueroa Street, Suite 1388
        Los Angeles, California 90017
        Telephone: (213) 630-8888

        By    //Elon A Pollack//
              Elon A. Pollack